Glenn R. Kantor, SBN 122643
 E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, SBN 248983
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Sharon Eisenhart

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON EISENHART,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND WACHOVIA CORPORATION LONG TERM DISABILITY PLAN<br><br>    Defendants. | CASE NO: CV 15-02522-KAW<br><br>STIPUALTION AND [PROPOSED] ORDER CONTINUING ALL ADR DATES AND CASE MANAGEMENT CONFERENCE |

Plaintiff Sharon Eisenhart and Defendants Wells Fargo & Company, Liberty Life Assurance Company of Boston and Wachovia Corporation Long Term Disability Plan hereby submit this joint stipulation to continue the ADR filing dates and the Case Management Conference.

At the present time the parties are requesting a continuance of all ADR dates, as well as continuing the Case Management Conference presently set for September 8, 2015 at 1:30 p.m  The parties are requesting a continuance of the Case Management Conference to September 29, 2015 at 1:30 p.m. with a deadline for filing the Joint Report of September 22, 2015. The parties request the following filing dates:

1
STIPUALTION AND [PROPOSED] ORDER CONTINUING ALL ADR DATES
AND CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Last day to file ADR Certification signed by Parties and Counsel | September 22, 2015 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | September 22, 2015 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | September 22, 2015 |
| Initial Case Management Conference (CMC) at 1:30 p.m. in:<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | September 29, 2015 |

DATED: August 27, 2015                                KANTOR & KANTOR, LLP

                                          By   */s/ Brent Dorian Brehm*
                                              Brent Dorian Brehm
                                              Attorneys for Plaintiff,
                                              Sharon Eisenhart

DATED: August 27, 2015                                FISHER & PHILLIPS LLP

                                          By   */s/ Kathleen McLeod Caminiti*
                                              Kathleen McLeod Caminiti
                                              Attorneys For Defendants Wells Fargo & Company, Liberty Life Assurance Company of Boston and Wachovia Corporation Long Term Disability Plan

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

## ORDER

Good cause appearing therefor, the Court hereby orders the following case schedule:

| | |
|---|---|
| Last day to file ADR Certification signed by Parties and Counsel | September 22, 2015 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | September 22, 2015 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | September 22, 2015 |
| Initial Case Management Conference (CMC) at 1:30 p.m. in: Ronald Dellums Federal Building 1301 Clay Street Oakland, CA 94612 | September 29, 2015 |

IT IS SO ORDERED.

DATED: 9/1/15

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

3
STIPUALTION AND [PROPOSED] ORDER CONTINUING ALL ADR DATES
AND CASE MANAGEMENT CONFERENCE