**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARON EISENHART** | Case No.: 15-CV-2522 YGR |
| **Plaintiff,** | **ORDER SETTING COMPLIANCE HEARING** |
| v. | |
| **WELLS FARGO & CO.** *et al.*, | |
| **Defendants.** | |

The Court understands, based on the representation of the parties, that a framework for settlement has been reached in the above-captioned case. Accordingly, a compliance hearing regarding the status of the settlement negotiations shall be held on the Court's **9:01 a.m.** calendar on **Friday, October 30, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a notice of finalized settlement agreement and stipulation of dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Date: October 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**