United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARON EISENHART,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**WELLS FARGO & CO.,** *et al.***,**<br><br>    Defendants. | Case No.: 15-CV-2522 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS;**<br>**VACATING COMPLIANCE HEARING;**<br>**VACATING CASE MANAGEMENT**<br>**CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

You are hereby **ORDERED TO SHOW CAUSE** why you should not be sanctioned for (1) failure to file a joint case management statement (*see* Dkt. No. 29; Civ. L.R. 16-10(a)), and (2) failure to file a notice or joint statement pursuant to this Court's order setting a compliance hearing (Dkt. No. 30).

A hearing on this Order to Show Cause will be held on **Friday, November 13, 2015**, on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

By no later than November 6, 2015, the parties must file either (a) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities, *and* a notice or joint statement in compliance with this Court's prior order setting a compliance hearing (*see* Dkt. No. 30); or (b) a written response to this Order to show cause why they should not be sanctioned for their failure to file a joint case management statement and a notice regarding settlement in a timely manner. If the Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar. Otherwise, lead counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted.

Failure to file the joint statements, written response, or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The compliance hearing set for October 30, 2015 and the case management conference set for November 2, 2015, are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated October 28, 2015.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**