**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHARON EISENHART,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WELLS FARGO & CO.,** *et al.***,**<br><br>    **Defendants.** | Case No.: 15-CV-2522 YGR<br><br>**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; SETTING COMPLIANCE HEARING** |

In light of the parties' joint case management conference statement (Dkt. No. 32) the November 13, 2015 hearing on the order to show cause is hereby **VACATED**.

The parties are reminded that this District's local rules require them to file an updated joint case management statement ahead of all case management conferences. (Civ. L.R. 16-10(a)). With respect to the parties' response to the order to show cause (Dkt. No. 31), counsel is advised that the Court is barely satisfied with their response thereto, as the parties did not address the issue directly.

The Court hereby **SETS** a compliance hearing regarding finalization of the settlement documents to be held on the Court's **9:01 a.m.** calendar on **Friday, December 11, 2015**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a notice of finalized settlement agreement and stipulation of dismissal; or (b) a one-page JOINT STATEMENT setting forth the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED.**

Dated: November 9, 2015.

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**