Glenn R. Kantor, SBN 122643
  E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm, SBN 248983
  E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
SHARON EISENHART

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHARON EISENHART,<br><br>          Plaintiff,<br><br>     vs.<br><br>WELLS FARGO & COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND WACHOVIA CORPORATION LONG TERM DISABILITY PLAN,<br><br>          Defendants. | CASE NO:  4:15-cv-02522-YGR<br><br>**Hon. Yvonne Gonzalez Rogers**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)** |

1

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH
PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)

Following settlement of this matter, Plaintiff SHARON EISENHART and Defendants WELLS FARGO & COMPANY, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, AND WACHOVIA CORPORATION LONG TERM DISABILITY PLAN hereby stipulate as follows:

1. The above-entitled action against all Defendants be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. Each party shall bear their own costs and fees except as otherwise agreed by the parties.

The parties request that the compliance hearing set for 9:01 a.m. on Friday, December 11, 2015 be taken off calendar without need for the parties to appear.

IT IS SO STIPULATED.

DATED: December 3, 2015            KANTOR & KANTOR, LLP

By   */s/ Brent Dorian Brehm*
   Brent Dorian Brehm
   Attorneys for Plaintiff,
   Sharon Eisenhart

DATED: December 3, 2015            FISHER & PHILLIPS, LLP

By   */s/ Kathleen McLeod Caminiti*
   Kathleen McLeod Caminiti
   Attorneys For Defendants Wells Fargo
   & Company, Liberty Life Assurance
   Company of Boston and Wachovia
   Corporation Long Term Disability Plan

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, Brent Dorian Brehm hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

1  **[PROPOSED] ORDER**

2  Based upon the stipulation of the parties, and for good cause shown:

3  IT IS HEREBY ORDERED that this action, Case No. 4:15-cv-02522-YGR
4  is dismissed in its entirety, with prejudice. Each party shall bear its own attorneys'
5  fees and costs in this matter except as otherwise agreed by the parties.

6  IT IS HEREBY FURTHER ORDERED that the compliance hearing set for
7  9:01 a.m. on Friday, December 11, 2015 is taken off calendar. The parties need not
8  appear.

10  DATED: December 7, 2015        BY: _____
11                                                      Honorable Yvonne Gonzalez Rogers
                                                           United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

3

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH
PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)